UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 17-0694-DOC (JEM) | Date | Oct. 13, 2017 |
|---|---|---|---|
| Title | Arthur Nicholas Gilreath v. Corten Bach, et al. | | |

Present: The Honorable

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:** ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AGAINST DEFENDANT CORTEN BACH FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing no later than **November 3, 2017**, why this action should not be dismissed against Defendant Corten Bach for lack of prosecution.

The Court will consider the filing of <u>one</u> of the following to be an appropriate response to this Order, on or before the above date:

◘ Proof of service of the summons and complaint on Corten Bach establishing proper service, as explained in the Court's June 14, 2017 order.[1] (Form POS-010.) **OR**

◘ Notice of voluntary dismissal of Corten Bach. (Form CV-09.)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. This Order will stand submitted upon the filing of a response by Plaintiff. Failure to respond may result in the dismissal of the action.

The Clerk is directed to provide Plaintiff with a copy of Form POS-010 and Form CV-09.

cc: Parties

: 

Initials of Preparer      sa

---

[1] In the June 14, 2017 minute order, the Court mistakenly referenced the California Highway Patrol ("CHP") as a defendant. However, the CHP is not a named defendant in this action.