# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR NICHOLAS GILREATH, <br><br> Plaintiff, <br><br> v. <br><br> CORTEN BACH, et al., <br><br> Defendants. | Case No. EDCV 17-0694-DOC (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

For the reasons set forth in the Report and Recommendation, Plaintiff's claims against Defendants Brothers Towing of Norco, Corp., and Juan Morales are dismissed with prejudice.

Moreover, Plaintiff has failed to respond to the October 13, 2017 order to show cause why this case should not be dismissed against Defendant Corten Bach for lack of prosecution. Plaintiff has failed to properly serve the summons and complaint or otherwise

respond to the order to show cause. Thus, Plaintiff's claims against Defendant Corten Bach should be dismissed without prejudice.

IT IS ORDERED that: (1) the Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action against Defendants Brothers Towing of Norco, Corp., and Juan Morales with prejudice and dismissing the action against Defendant Corten Bach without prejudice.

DATED: November 9, 2017

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE