JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR NICHOLAS GILREATH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTEN BACH, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 17-0694-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action against Defendants Brothers Towing of Norco, Corp., and Juan Morales is dismissed with prejudice, and the action against Defendant Corten Bach is dismissed without prejudice.

DATED: November 9, 2017

　　　　　　　　　　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE